

U.S. Department of Justice

United States Attorney
District of New Jersey
*Civil Division*

---

*Andrew Boccio*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
andrew.boccio@usdoj.gov

*main: (973) 645-2700*
*direct:(973) 645-2781*

December 9, 2025

SO ORDERED this 10th day of December 2025

[signature]

United States District Judge

**Via Electronic Filing**
Honorable Susan D. Wigenton, U.S.D.J.
United States District Court
Martin Luther King Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re:  *Karla Johana Mejia Rivera*, No. 25-cv-18063 (SDW)
**Unopposed Request for 2-Day Extension of Time to Respond to Petition**

Dear Judge Wigenton:

This Office represents Respondents in this mandamus case. I write to respectfully request a 2-day extension of time to respond to the Petition, ECF No. 1. If the extension is granted, Respondents would respond to the Petition by December 12, 2025. Petitioner does not object to this request.

Petitioner, a citizen of Honduras under a final order of removal, alleges that U.S. Immigrations and Customs Enforcement ("ICE") has required her to wear an ankle monitor since September 27, 2025, and directed her to report to an ICE office on December 29, 2025 with proof of flight tickets to depart the United States. Pet. ¶¶ 74, 77. Petitioner asks this Court to release her from the ankle monitor, forbid her re-detention, and vacate her order of removal. *Id.* at 23–24 (Prayer for Relief). The Court has ordered this Office to respond by December 10, 2025. ECF No. 2

This Office is currently experiencing an influx of competing and emergent deadlines in other immigration matters, and we require additional time to consult with ICE and prepare a response to the Petition. Moreover, Petitioner is not currently detained and is not scheduled to report to ICE until December 29, 2025. Pet. ¶¶ 74, 77. Accordingly, I respectfully submit that there is good cause to grant a 2-day extension of time to respond to the Petition.

Thank you very much for your consideration of this unopposed request.